# the law firm of
# CYRUS F. REA II
a professional corporation

110 Broadway, Suite 560
San Antonio, TX 78205

Telephone: (210) 223-9700
Facsimile: (210) 223-9708

September 29, 2017
Via Email:
clara.burns@kempsmith.com
&
abe.gonzalez@kempsmith.com

Cyrus F. Rea II
cyrus@cyrusrealawfirm.com
(210) 223-9700

Clara B. Burns
Jose A. Howard-Gonzalez
KEMP SMITH LLP
221 N. Kansas, Suite 1700
El Paso, Texas 79901

Re: *Marjorie Bullard, Plaintiff, vs. TT Group Industries, Inc. and Micah Carlton, Trustee Of TT Electronics 401(k) Retirement Plan, Defendant,* Cause No. 5:17-cv-530, In The United States District Court for the Western District of Texas, San Antonio Division.

Dear Counselors:

Please let this letter constitute my client's formal demand, submitted pursuant to the Scheduling Order.

Marjorie Ballard demands $56,156.28 plus any growth that would have occurred from April 1, 2016 to the present, had said amount remained in her account. Using the DJIA as a rough estimate, we assume said growth to have been at least $15,500.00 over the interval. Marjorie Bullard also seeks attorneys fees and expenses to date in the amount of $8,000.00.

As this demand is two days past the date called for in the Scheduling Order, please let this letter constitute Plaintiff's consent for an extension by two days of your clients' response date.

Cordially,

Cyrus F. Rea II

THE LAW FIRM OF CYRUS F. REA II
www.cyrusrealawfirm.com

Exhibit A